IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

|   |   |   |
|---|---|---|
| In re: | : | Case No. _____ |
|   | : |   |
|   | : |   |
| *Ex Parte* Application Pursuant to 28 U.S.C. §1782 for an Order to Take Discovery of Equiti US, LLC, Gary Dennison, James Mason, and Kimberly M. Kirkland for Use in a Foreign Proceeding | : : : : : : | *Filed EX PARTE* |

*EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782
FOR AN ORDER TO TAKE DISCOVERY OF EQUITI US, LLC,
GARY DENNISON, JAMES MASON, AND KIMBERLY M.
<u>KIRKLAND FOR USE IN A FOREIGN PROCEEDING</u>

Based upon this application, concurrently filed Memorandum of Law, and Declaration of Robert K. Campbell ("Campbell Decl."), the following individuals and entities: (1) Oak Trust, (2) Acorn Trust, (3) Eagle Trust, (4) Duffy Trust, (5) Robert J. Parfet Living Trust, (6) Geluk Global Fund Limited SAC (a company incorporated in the Bahamas), (7) Migration Investments, LLC (a Colorado, US LLC ), (8) Boustrophedon International Ltd (a company incorporated in Hong Kong), (9) Michael R. Shea, (10) Erin Shea, (11) Angela Ling, (12) Fuhua Ling, (13) Philip Bullock, (14) Lifang Liu, (15) Justin Payne, (16) Michael Dietzen, (17) Kimberly J. Dietzen, (18) Brian Sly, (19) David K. Sly, (20) Gregory Sly, (21) Karen Sly, (22) Nelson Sly, (23) Helen S. Sly, (24) Sly Family Trust, and (25) Tamara A. Sly Separate Property Trust (together the "Applicants"), by and through Faegre Drinker Biddle & Reath LLP, apply to this Court pursuant to 28 U.S.C. § 1782 for an Order granting them leave to serve targeted discovery, in compliance with all relevant provisions of Fed. R. Civ. 45, and in the same form as the Subpoena *Duces Tecum*,

and Subpoena *Ad Testificandum*, attached hereto as Exhibits A through H[1], upon (1) Equiti US, LLC ("Equiti"), whose principal place of business is located within this district at 11300 US Highway 1, Ste 200, North Palm Beach, FL 33408; (2) Gary Dennison ("Dennison"), whose personal residence is located within the district at 153 Magnolia Way, Jupiter, Florida 33469; (3) James Mason ("Mason"), whose personal residence is located within this district at 136 Soriano Drive, Jupiter, Florida 33458; and (4) Kimberly M. Kirkland ("Kirkland"), whose personal residence is located within this district at 7885 155th Place N. West Palm Beach, FL 33418 (together the "Respondents"), permitting Applicants to obtain documents and testimony for use in an anticipated foreign proceeding in which they will be claimants. Applicants request that the Court grant them leave *ex parte*. This is the normal procedure for Section 1782 applications, and the Respondents retain the ability to respond to the subpoenas attached to this Application as Exhibits A through H pursuant to the governing discovery rules, and/or to object pursuant to Fed. R. Civ. P. 45(c)(3).

Applicants expect to be claimants in an anticipated proceeding in the High Court of England and Wales in London, England (the "U.K. Proceeding"). *See* Declaration of Robert K. Campbell ("Campbell Decl."), ¶¶ 3, 7-11. The Respondents are not expected to be a party to the U.K. Proceeding. *See id*, ¶ 13. Applicants have not yet been provided copies of the documents they seek pursuant to the Subpoenas *Duces Tecum*, attached hereto as Exhibits A, C, E, and G or

---

[1] As drafted and attached hereto, the Document Subpoena and Deposition Subpoena do not contain specific dates for compliance, as such dates setting forth the time period in which respondent are to comply, cannot be populated until such time as an order may be granted authorizing their service. Accordingly, as reflected in the attached proposed order, upon entry of an order granting the relief requested herein, counsel for Applicants would anticipate revising Exhibits A-H to reflect compliance dates in accordance therewith.

an opportunity to elicit the testimony described in the Subpoenas *Ad Testificandum* attached hereto as Exhibits B, D, F, and H. *See id.*, ¶ 22.

As more fully detailed in the Applicant's Memorandum of Law and Declaration of Robert K. Campbell accompanying this Application, the documents and testimony Applicants seek from the Respondents are believed to contain key information relevant to formulating their claims in the anticipated U.K. Proceeding. *Id.* ¶¶ 14-19 More specifically, Applicants seek documents and testimony believed to support their allegations that the wrongful conduct of Equiti Capital UK Limited ("Equiti UK") in connection with its facilitation and concealment of a fraudulent Forex trading scheme ("the Blue Isle Fraud") operated by Mediatrix Capital Inc. ("Mediatrix"), Blue Isle Markets Inc. ("Blue Isle 1"), and Blue Isle Markets Ltd. ("Blue Isle 2") (collectively referred to as "Blue Isle"), in which Applicants invested, resulted in their suffering significant financial losses. *Id.* ¶¶ 4-6. Under the Civil Practice Rules 1998 governing procedure in the High Court of England and Wales ("the CPR"), Applicants have served Equiti UK with a formal "Letter of Claim," detailing certain factual and legal bases to support their claims against Equiti UK pursuant to the laws of England and Wales, including claims for damages and/or equitable compensation under various legal theories stemming from Equiti UK's role in connection with the Blue Isle Fraud. *Id.*, ¶ 9.

As set forth in the accompanying Memorandum of Law and Campbell Declaration, Applicants satisfy the statutory elements of 28 U.S.C. § 1782. The discretionary factors identified in *Intel Corp. v. Advanced Micro Devices, Inc.* also favor granting the relief requested herein. 542 U.S. 241, 264-65, 124 S. Ct. 2466, 2483 (2004). The statutory elements are satisfied because the Respondents reside and are found in this District, the claims that Applicants expect to file in the

U.K. constitute a reasonably anticipated proceeding before a foreign tribunal (*see* Campbell Decl., ¶ 11), and Applicants seek documents and testimony for use in that proceeding.

As for *Intel's* discretionary factors, the discovery sought through this Application is not otherwise accessible to Applicants—including because Respondents are not expected to be a party to the U.K. Proceeding or otherwise subject to the jurisdiction of the High Court of England and Wales, *see id.*, ¶¶ 13, 22. In addition, production of the requested discovery will not circumvent any policies of the United Kingdom or United States, or violate any court order or directive. *Id.* ¶22. Further, the CPR contemplates that parties to proceedings with the High Court of England and Wales will engage in discovery and allows for the submission of documentary evidence. Accordingly, it is anticipated that discovery collected through this Application will be admissible in the context of the U.K. Proceeding. *See id.*, ¶¶ 19-20. Further, the requests to the Respondents, attached hereto as Exhibits A through H, are specific and narrowly tailored, and, Respondents production in response thereto is therefore not anticipated to be unduly intrusive or burdensome. The Respondents may also avail themselves of the protections available to any third-party subpoena respondent under the Federal Rules of Civil Procedure to shield privileged and proprietary information from disclosure. Lastly, the filing of the U.K. Proceeding is also reasonably anticipated, as confirmed by Applicants' issuance of a Letter of Claim to Equiti UK. *Id.*, ¶¶ 3, 7-11.

Moreover, the burden on Respondents to respond to the attached subpoenas is minimal to the extent they are being commanded to produce documents already preserved, identified and/or produced in other litigation involving the same operative facts. For instance, Mason previously filed a verified complaint in the State Court of Florida, Fifteenth Judicial Circuit, Palm Beach

County,[2] against Equiti US in which he alleges that senior management at Equiti US and Equiti UK were aware of Blue Isle's suspicious trading activity and yet continued to extend credit to Blue Isle—crucial facts common to the anticipated U.K. Proceeding against Equiti UK. Kirkland also filed a complaint against Equiti US in which she makes allegations regarding Equiti UK's supervision of Equiti US.[3] To the extent Mason or Kirkland gathered and preserved documents to support their allegations—or Equiti US gathered and preserved documents to rebut those allegations—the Respondents' burden producing them in response to the attached subpoenas would be minimal. Similarly, the U.S. Securities and Exchange Commission has conducted an investigation and initiated litigation against Blue Isle for the fraud Applicants assert Equiti UK facilitated. That litigation remains pending in the United States District Court for the District of Colorado.[4] To the extent Respondents have collected and/or produced documents related to the SEC investigation or litigation, it would not be burdensome for them to reproduce such documents in response to the attached subpoenas.

For these reasons, Applicants respectfully request that this Court grant their Application for an Order giving them leave to serve upon Respondents the Subpoenas attached hereto as Exhibits A through H.

---

[2] *See Mason, James v. Equiti US LLC,* Case No. 2019CA016095, (15th Judicial Circuit, Palm Beach County, filed Dec. 18, 2019).
[3] *See Kirkland v. Equiti US, LLC*, No. 9:19-cv-81713-RS (S.D. Fla., filed December 23, 2019).
[4] *See United States Securities and Exchange Commission v. Mediatrix Capital Inc. et al*, No. 1:19-cv-02594-RM-SKC (D. Colo. filed Sept. 12, 2019).

**Dated: February 22, 2021**

           **FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Traci S. McKee*
    Traci T. McKee

Traci T. McKee, Bar No. 0053088
traci.mckee@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1050 K Street NW, Suite 400
Washington, D.C. 20001
Telephone:   +1 202 312 7028
Facsimile:    +1 202 312 7461

## CERTIFICATE OF SERVICE

I hereby certify that on the 22th day of February 2021, a copy of the foregoing document was filed with the Clerk of Court for the Southern District of Florida using the CM/ECF document filing system.

*/s/ Traci T. McKee*
Traci T. McKee, Bar No. 0053088
traci.mckee@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1050 K Street NW, Suite 400
Washington, D.C. 20001
Telephone:   +1 202 312 7028
Facsimile:    +1 202 312 7461