IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:21-mc-80382-CANNON/BRANNON

In re:

*Ex Parte* Application Pursuant to 28 U.S.C. § 1782 for an Order to Take Discovery of Equiti US, LLC, Gary Dennison, James Mason, and Kimberly M. Kirkland for Use in a Foreign Proceeding

_____/

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants file this Corporate Disclosure Statement. Equiti US LLC is a Florida limited liability company. Equiti US LLC is a subsidiary of Equiti Capital UK Ltd., which is located at 69 Wilson Street, London EC2A 2BB, United Kingdom. Equiti Capital UK Ltd. is a subsidiary of Equiti Group Ltd., which is located at 2nd Floor, Gaspé House, 66-72 Esplanade, St Helier, Jersey, JE1 1GH. Equiti Group Ltd. is not publicly traded and all of its stock is privately held.

Respectfully submitted,

Dated: February 26, 2021     By:     /s/ *Andrew C. Lourie*
Andrew C. Lourie (Florida Bar No. 87772)
Daria Pustilnik (Florida Bar No. 92514)
KOBRE & KIM LLP
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
T: +1-305-967-6100
F: +1-305-967-6120
Andrew.Lourie@kobrekim.com
Daria.Pustilnik@kobrekim.com