# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 9:21- 80382-CIV-CANNON/REINHART
CASE NO. 9:21-mc-80526-AMC-CANNON/REINHART

In re:

*Ex Parte* Application Pursuant to 28 U.S.C. § 1782 for an Order to Take Discovery of Equiti US, LLC; Gary Dennison; James Madison and Kimberly M. Kirkland for Use in a Foreign Proceeding

## DECLARATION OF GARY DENNISON IN SUPPORT OF RESPONDENT EQUITI US, LLC'S MOTION TO VACATE AND QUASH

I, Gary Dennison, declare and state as follows:

1. I am the Chief Executive Officer of Equiti US, LLC ("Equiti US").

2. I have reviewed the Declaration of Alison R. Wilson filed in this action (D.E. 28-1), and attest that it is accurate with regards to the document sharing agreement described therein.

3. In March 2021, Equiti US agreed with its parent company, Equiti Capital UK Limited ("Equiti UK"), that it would provide access and custody of all documents in its possession to Equiti UK for purposes of discovery in England.

4. Pursuant to Equiti US' and Equiti UK's agreement, Equiti UK has access to Equiti US' documents for purposes of discovery in any proceeding or threatened proceeding relating to Equiti UK's former customers, Blue Isle Markets Inc. and Blue Isle Markets Ltd. (together, "Blue

1

Isle"). This includes any pre- or post-trial proceedings applicants in these actions may bring against Equiti UK in England.

5. My understanding is that an English court may now compel production from Equiti UK of any Equiti US documents.

6. Equiti US currently has seven employees. Compliance with the 43-request subpoenas at issue in this matter would pose a substantial burden on Equiti US. For example, Equiti US ran a search for "[a]ll Communications between Equiti US and [Blue Isle] during the Relevant Period" (defined as January 1, 2015 to present), as requested in Request No. 9 of Applicants' subpoena. This search resulted in 252,908 documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2021, in the Southern District of Florida.

Gary Dennison

2